**INTERNET AMERICA, INC., Michael T. Maples, and William O. Hunt, Appellants,**

v.

**Cindy CARRADINE, Appellee.**

**No. 05–01–01577–CV.**

Court of Appeals of Texas, Dallas.

May 28, 2003.

Mark T. Josephs, Jackson, Walker, L.L.P., Robert Gilbreath, Jenkins & Gilchrist, P.C., Dallas, for Appellant.

Eric G. Calhoun, Lawson, Fields, McCue, Lee & Campbell, Addison, for Appellee.

Before Justices MORRIS, WRIGHT, and MOSELEY.

OPINION

PER CURIAM.

Before the Court is the May 6, 2003 joint agreed motion for disposition pursuant to settlement agreement. As requested by the parties, without consideration of the merits, we **VACATE** the trial court's judgment, we **ORDER** the sureties on the supersedeas bond posted by appellants Internet America, Inc., Michael T. Maples, and William O. Hunt **RELEASED,** and we **DISMISS** this case. As agreed by the parties, each party shall bear his or her own costs. *See* TEX.R.APP. P. 42.1(a)(2)(A); 43.2(e). The Clerk of the Court is **DIRECTED** to issue the mandate forthwith. *See* TEX.R.APP. P. 18.1(c).